UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUNRUN INC. SECURITIES LITIGATION | Case No. 17-cv-02537-VC<br><br>**ORDER RE HEARING ON MOTION TO DISMISS**<br><br>Re: Dkt. No. 47 |

For the hearing on the motion to dismiss, the plaintiffs should, in addition to being prepared to discuss whether the complaint sufficiently pleads materiality and scienter, be prepared to discuss whether the complaint should be dismissed for failing to adequately plead loss causation. *See Lloyd v. CVB Financial Corp.*, 811 F.3d 1200, 1209-11 (9th Cir. 2016); *Loos v. Immersion Corp.*, 762 F.3d 880, 890 (9th Cir. 2014); *see also Rok v. Identiv, Inc.*, No. 15-cv-5775-CRB, 2017 WL 35496, at *19 (N.D. Cal. Jan. 4, 2017).

**IT IS SO ORDERED.**

Dated: March 20, 2018

_____
VINCE CHHABRIA
United States District Judge