SUSAN S. MUCK (CSB No. 126930)
smuck@fenwick.com
DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
NAIR DIANA CHANG (CSB No. 287624)
dchang@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Defendants
Sunrun Inc., Lynn Michelle Jurich and
Robert Patrick Komin, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNRUN INC. SECURITIES LITIGATION | Case No. 3:17-cv-02537-VC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING STAY**<br>AS MODIFIED |

This stipulation is entered into in the above-captioned action (the "Action") by and among Lead Plaintiffs Ricky Elmore, Dmitri Karpov, William McCormick, Joseph McIntire, and Alice Twomey (collectively, "Lead Plaintiffs") and defendants Sunrun Inc., Lynn Michelle Jurich, and Robert Patrick Komin, Jr. (collectively, "Defendants"), by and through their respective attorneys of record, as follows:

WHEREAS, in a July 19, 2018 order, the Court granted Defendants' Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint for Violations of Federal Securities Laws with leave to amend and gave Lead Plaintiffs until August 16, 2018 to file a third amended complaint (the "Third Amended Complaint");

WHEREAS, subject to Court approval and definitive documentation, the parties have reached an agreement to settle the Action and have entered into a memorandum of understanding setting forth material terms of the proposed settlement;

WHEREAS, the parties intend promptly to negotiate and finalize a Stipulation of Settlement, and thereafter Lead Plaintiffs will file a motion for preliminary approval of the settlement of the Action;

WHEREAS, pending Court approval, the parties wish to obtain the full benefits of the settlement—including reducing legal expenses and minimizing the burden on Court and the parties of continuing to litigate this Action; and

WHEREAS, the parties agree that staying all proceedings in this Action, except those related to the settlement, is prudent and will conserve party and judicial resources.

THEREFORE, the parties hereby stipulate and respectfully request that:

1. The deadlines set by the Court for the filing of a Third Amended Complaint and briefing on any motion to dismiss that complaint in its July 19, 2018 and August 3, 2018 Orders (Dkt. Nos. 90 and 96) shall be vacated;

2. All proceedings in the Action, except those related to the settlement, shall be stayed from the date this stipulation is approved by the Court;

3. The parties reserve the right to modify this Stipulation, with the Court's approval, if necessary and as appropriate.

| | | |
|---|---|---|
| Dated: August 10, 2018 | | POMERANTZ LLP |
| | | By: /s/ *Austin P. Van* |
| | | Austin P. Van |
| | | Attorneys for Lead Plaintiffs |
| Dated: August 10, 2018 | | FENWICK & WEST LLP |
| | | By: /s/ *Susan S. Muck* |
| | | Susan S. Muck |
| | | Attorneys for Defendants Sunrun Inc., Lynn Michelle Jurich and Robert Patrick Komin, Jr. |

\*   \*   \*

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in the filing of this stipulation.

Dated: August 10, 2018

/s/ *Susan S. Muck*
Susan S. Muck

### [PROPOSED] ORDER AS MODIFIED

Pursuant to the foregoing stipulation, IT IS HEREBY ORDERED that:

1. The deadlines set by the Court for the filing of a Third Amended Complaint and briefing on any motion to dismiss that complaint in its July 19, 2018 and August 3, 2018 Orders (Dkt. Nos. 90 and 96) are hereby vacated;

2. All proceedings in the Action, except those related to the settlement, shall be stayed from the date this stipulation is approved by the Court;

3. The parties reserve the right to modify this Stipulation, with the Court's approval, if necessary and as appropriate.

Dated: August 14, 2018

The Honorable Vince Chhabria
United States District Judge

\*The deadline to file the motion for preliminary approval of the settlement is September 27, 2018.

STIPULATION AND [PROPOSED] ORDER REGARDING STAY — 2 — CASE NO. 3:17-cv-02537