POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA  90210
Telephone:  (818) 532-6499
Email: jpafiti@pomlaw.com

*Attorney for Lead Plaintiffs*

*- additional counsel on signature page -*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNRUN INC. SECURITIES LITIGATION | Case No. 3:17-cv-02537-VC<br>CLASS ACTION<br><br>LEAD PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, PLAN OF ALLOCATION, AND TO CERTIFY A CLASS FOR SETTLEMENT PURPOSES<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4—17th Floor<br>Date:   February 28, 2019<br>Time:  10:00 a.m. |

Lead Plaintiffs Ricky Elmore, Dmitri Karpov, William McCormick, Joseph McIntire, and Alice Twomey (all collectively, "Lead Plaintiffs" or "Plaintiffs"), individually and on behalf of the proposed settlement class, respectfully submit this Unopposed Motion for Final Approval of Class Action Settlement, Plan of Allocation, and to Certify a Class for Settlement Purposes.

PLEASE TAKE NOTICE that on February 28, 2019, at 10:00 a.m., or as soon thereafter as the matter may be heard, at the United States District Court for the Northern District of California, 450 Golden Gate Avenue, Courtroom 4, 17th floor, San Francisco, California, before the Honorable Vince Chhabria, Plaintiffs will and hereby do move the Court for an order: (i) finally approving the settlement Plaintiffs has reached with defendants Sunrun Inc., Lynn Michelle Jurich, and Robert Patrick Komin, Jr.; (ii) certifying the settlement class for settlement purposes only, appointing Plaintiffs as the class representatives, and appointing Pomerantz LLP as class counsel; (iii) approving the proposed Plan of Allocation; and (iv) dismissing claims against Defendants, approving the release of claims against all released parties, entering judgment, and awarding attorneys' fees and expenses to lead counsel.

This motion is based upon this Notice of Unopposed Motion, Unopposed Motion, the Declaration of Austin P. Van and all exhibits attached thereto, the supporting Memorandum of Points and Authorities, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Dated: January 24, 2019

Respectfully submitted,

**POMERANTZ LLP**

/s/ *Austin P. Van*
Austin P. Van

*Counsel for Lead Plaintiffs and the Class*

- 1 -

LEAD PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND
UNOPPOSED MOTION FOR FINAL APPROVAL

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2019, I electronically filed the foregoing *Lead Plaintiffs' Notice of Unopposed Motion and Unopposed Motion for Final Approval of Class Action Settlement, Plan of Allocation, and to Certify a Class for Settlement Purposes* with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

POMERANTZ LLP

By: /s/ *Austin P. Van*
Austin P. Van
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: avan@pomlaw.com

*Counsel for Lead Plaintiffs and the Class*